UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| V. CATHERINE MUMEJIAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 3:13CV01163 (WWE) |
| v. | : | |
| | : | |
| S.J.S. ENTERPRISES, INC. | : | |
| Defendant. | : | MAY 15, 2014 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff V. Catherine Mumejian and Defendant S.J.S. Enterprises, Inc., (together, the "parties") through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements.  The parties waive all rights of appeal.

Plaintiff, C. Virginia Mumejian                    Defendant: S.J.S. Enterprises, Inc.,


By:   //s// Todd D. Steigman                      By:   //s// Beth G. Foley
Todd D. Steigman (ct26875)                        Ariel D. Cudkowicz (ct29346)
Madsen, Prestley & Parenteau, LLC                 acudkowicz@seyfarth.com
402 Asylum Street, Hartford, CT 06103             Jessica S. Lieberman (ct28699)
Tel. (860) 246-2466   Fax. (860) 246-1794         jlieberman@seyfarth.com
wmadsen@mppjustice.com                            Beth G. Foley (ct29347)
                                                  bfoley@seyfarth.com
                                                  SEYFARTH SHAW LLP
                                                  Two Seaport Lane, Suite 300
                                                  Boston, MA 02210-2028
                                                  Telephone:     (617) 946-4800

17250744v.1

## CERTIFICATION OF SERVICE

I hereby certify that on the 15th day of May, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                            //s// Todd D. Steigman  
                                                                            Todd D. Steigman

17250744v.1